SIDFORD & GREENE, INC., Appellant, *v.* WEHMEYER COAL COMPANY, Respondent.

*Sale — contract — action to recover for goods alleged to have been sold and delivered — complaint dismissed for failure to show delivery.*

*Sidford & Greene, Inc.,* v. *Wehmeyer Coal Co.,* 221 App. Div. 778, affirmed.

(Argued April 5, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1927, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for goods alleged to have been sold and delivered. Plaintiff's proof showed that defendant ordered from plaintiff 350 tons of coke to be delivered at New York city and that plaintiff immediately transmitted the order to a Pittsburg company to be filled. After the coke had been shipped but before delivery defendant canceled the order and refused to accept delivery.

*Martin A. Schenck, Charles C. Lockwood* and *Murray C. Bernays* for appellant.

*Lewis Nadel* and *William C. Relyea* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GERFISH REALTY COMPANY, INC., Appellant, *v.* JAMES J. DOWD, Respondent.

*Vendor and purchaser — contract — validity of contract of corporation when signed simply with the name of its president and his seal.*

*Gerfish Realty Co., Inc.,* v. *Dowd,* 222 App. Div. 690, reversed.

(Argued April 5, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial